# THE MARKS LAW FIRM, P.C.

August 21, 2023

**FILED VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

> The request is GRANTED. The parties shall submit a joint status report by **October 8, 2023**.
>
> Dated: August 22, 2023
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:   **Altaune Brown v. Willis Ave Liquors Corp., et al.**
        Index: 1:23-cv-05140-JLR

Dear Judge Rochon,

Pursuant to Rule I.F. of Your Honor's Individual Part Rules, Plaintiff respectfully requests a forty-five (45) day extension of the deadline to submit a joint letter from **August 24, 2023** to **October 8, 2023**, in accordance with Your Honor's June 21, 2023 Order [Dkt. 5].

The reason for this request is that, to date, Defendants has not appeared, answered, moved, or otherwise contacted Plaintiff, despite Plaintiff's attempts in contacting Defendant via mail, telephone, and email. As to Defendant, Willis Ave Liquors Corp., our office has called the premises directly to make Defendant aware of the action so they may appear or interpose an answer to Plaintiff's Complaint. As to the landlord Defendant, Sobro 222 Realty, LLC, after due diligence, our office emailed some of the previous attorneys for the Defendant (on other non-related matters found through a NYSCEF search) to see if they could put us in communication with the Defendant. Our office is still waiting to hear back from these attorneys.

Accordingly, Plaintiff respectfully requests an addition forty-five (45) days to continue making attempts to communicate with both Defendants in order to inform them of the Court's deadlines and have them appear in this action**.** This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
    Bradly G. Marks

155 E 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com